IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

EFRAIM LEWY,

                Plaintiff,

    -v-

EXPERIAN INFORMATION SOLUTIONS, INC. and SYNCHRONY BANK,

                Defendants.

Civil Case Number: 7:19-cv-05432-CS

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' January 9, 2020 Stipulation of Dismissal, all claims asserted against Defendant **SYNCHRONY BANK only** in Civil Action No.**7:19-cv-05432-CS**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** 9th **day of** January, 2020.

*Cathy Seibel*

HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE